THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00080-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMES GREGORY FINCH, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss Without Prejudice [Doc. 19].

The Government moves to dismiss the Bill of Indictment in this matter without prejudice on the grounds that the Defendant has successfully completed all the terms of a pretrial diversion agreement with the Government.

For the reasons stated by the Government, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 19] is **GRANTED**, and the Bill of Indictment in this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**  Signed: April 26, 2021

Martin Reidinger
Chief United States District Judge